United States District Court
Southern District of Texas
**ENTERED**
March 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ARGENTINA RINCON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MONTEREY COLLECTIONS and GKL RECOVERY & ACQUISITIONS,<br><br>Defendants. | Docket No: 4:17-cv-02645 |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 5, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 4:17-cv-02645, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS 9th day of March, 2018.

_____
HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE